RECEIVED
DEC 23 2005
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JANE ALLEN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:05-M-159M

(Name and Address of Defendant)

JANE ALLEN

*PLEASE CONTACT U.S. PROBATION PRIOR TO HEARING DATE 752-7300

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom A |
| Before: LINCOLN D. ALMOND U.S. Magistrate Judge | Date and Time<br>Wednesday, January 11, 2006 @ 10:00 am |

To answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 113(a)(4)&(5)

Brief description of offense:

Assualt

Signature of Issuing Officer

December 16, 2005 Providence RI

Date

Martha Saucier/ Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 1/11/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: U.S. Courthouse

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/11/06
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 JAN 12 P 3:24

FILED