UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 1:05-M-159A |
| | : | |
| JANE ALLEN | : | |

## ORDER TO SHOW CAUSE

Defendant stands before this Court charged with two counts of simple assault in violation of 18 U.S.C. § 113(a)(4) and (5). These are Class B misdemeanors. 18 U.S.C. § 3518(b)(17). Further, on January 11, 2006, the Government represented on the record that it was not seeking any jail time in this case and the Court indicated that it would not impose any jail time upon a finding of guilt after a plea or trial. Thus, these charges are properly considered petty offenses and will be tried before a Magistrate Judge under Fed. R. Crim. P. 58.

Defendant has no statutory or constitutional right to Court-appointed counsel in this case. On January 11, 2006, this Court exercised its discretion under 18 U.S.C. § 3006A(2)(A) and appointed Assistant Federal Public Defender Edward C. Roy, Jr. to represent Defendant. This Court did Defendant a favor by appointing an experienced defense attorney to represent Defendant at taxpayer expense. Defendant has apparently abused this privilege. Defendant did not appear today in this case and has apparently missed scheduled appointments with Mr. Roy.

Accordingly, Defendant is hereby ORDERED to appear for a hearing before this Court in Courtroom A, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island on **March 22, 2006 at 10:00 a.m.** to show cause why this Court should not terminate Defendant's Court-appointed counsel and Order his withdrawal from the case. In addition, this Court will confer

with the parties and schedule this matter for trial in the near future. This ORDER TO SHOW CAUSE and a Summons to Appear before this Court on March 22, 2006 at 10:00 a.m. shall be promptly served directly upon Defendant as well as counsel of record.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
March 14, 2006