# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JANE ALLEN

[redacted]

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:05-M-159

RECEIVED

MAR 14 2006

US MARSHALS
RHODE ISLAND

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>MARCH 22, 2006 AT 10:00 A.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title ____________ Section(s) ____________

Brief description of offense:

SHOW CAUSE HEARING

Signature of Issuing Officer

March 14, 2006
Date

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 3/19/06

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: [redacted]

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/19/06
Date

BURTON STALLWOOD
Name of United States Marshal

C.A. Moore Jr.
(by) Deputy United States Marshal

Remarks:

19 MAR 05

FILED
2006 MAR 21 P 3:34
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.