AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
APR 27 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JANE ALLEN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:05-M-159A

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>MAY 3, 2006 AT 11:00 A.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title ____________ Section(s) ____________

Brief description of offense:

CHANGE OF PLEA HEARING

[signature]

Signature of Issuing Officer

April 27, 2006

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 5-3-04

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Courtroom A JO Pastore Building

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/3/06
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 MAY -9 A 9:06
FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.